**Reggie KELLY, Plaintiff–Appellant**

v.

**SNOWHAULERS TRUCKS, INCORPORATED, Defendant–Appellee.**

No. 11–60436
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2012.

Daniel Austen Silkman, Esq., Petal, MS, for Plaintiff–Appellant.

Brian B. Hannula, Esq., Caroline McKibben Upchurch, Forman, Perry, Watkins, Krutz & Tardy, L.L.P., Jackson, MS, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The district court granted partial summary judgment to defendant-appellee Snowhaulers Trucks, Inc. on claims for compensatory and punitive damages made by plaintiff-appellant Reggie Kelly. We have reviewed the parties' arguments and the record *de novo*.[1] We conclude that the district court's judgment was correct, and affirm for essentially the reasons stated in its Memorandum Opinion and Order.[2]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *LeMaire v. Louisiana Dept. of Transp. and Development,* 480 F.3d 383, 386 (5th Cir. 2007).

2. We do not address appellant's argument that the district court's grant of summary judgment on his claim for punitive damages was premature, as that argument was made for the first time on appeal. *See id.* at 387.